United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 12-29718-WB
Sonia Maria Rojas                                                               Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2            User: wkaaumoan        Page 1 of 2              Date Rcvd: May 22, 2017
                               Form ID: van110        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
```
db             Sonia Maria Rojas,    10169 Alpaca St,    South El Monte, CA  91733-3211
smg            Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr             JPMORGAN CHASE BANK, NA,    Mail Code LA4-5555  700 Kansas Lane,    Monroe, LA  71203
32066105      +Cap1/BstBy,    PO BOX 5253,    Carol Stream, IL 60197-5253
32066106      +Chase,    PO BOX 24696,    Columbus, OH 43224-0696
32066107      +Chase Bank USA NA,    PO BOX 15298,    Wilmington, DE 19850-5298
32417257      +Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                Monroe, LA 71203-4774
32066108      +Citibank/Sears,    PO BOX 6282,    Sioux Falls, SD 57117-6282
32066109      +Cmre Financial,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
32066110      +Conoco/Phillips/Union76/Citibank,    PO BOX 6497,    Sioux Falls, SD 57117-6497
32066111       Equifax,    PO Box 144717,    Orlando, FL 32814-4717
32066112       Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
32066113       Experian,    NCAC,    PO Box 9556,    Allen, TX 75013-9556
32066114       Experian,    Profile Management,    PO Box 9558,    Allen, TX 75013-9558
32066115      +Exxon Mobil/Citibank,    PO BOX 6497,    Sioux Falls, SD 57117-6497
32066122      +Target National Bank,    Po Box 673,    Minneapolis, MN 55440-0673
32066123      +Trans Union Corporation,    ATTN: Public Records Department,    555 W Adams St,
                Chicago, IL 60661-3631
32066124      +Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022-2000
33399546       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: itcdbg@edd.ca.gov May 23 2017 02:05:37     Employment Development Dept.,
                Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg            E-mail/Text: BKBNCNotices@ftb.ca.gov May 23 2017 02:07:16     Franchise Tax Board,
                Bankruptcy Section MS: A-340,    P.O. Box 2952,    Sacramento, CA  95812-2952
cr            +E-mail/Text: bncmail@w-legal.com May 23 2017 02:05:59     Cheswold (Ophrys), LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
33262351      +E-mail/Text: bncmail@w-legal.com May 23 2017 02:05:59     Cheswold (Ophrys), LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
32066116       E-mail/Text: BKBNCNotices@ftb.ca.gov May 23 2017 02:07:16     Franchise Tax Board,
                PO Box 2952,    Sacramento, CA 95812-2952
32436083       E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 02:13:06     GE Capital Retail Bank,
                Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
32066117      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 02:13:06     GECRB/Care Credit,
                PO BOX 965036,    Orlando, FL 32896-5036
32066120      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 02:13:30     GECRB/Walmart DC,    PO BOX 965024,
                Orlando, FL 32896-5024
32066118      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 02:13:30     Gecrb/Chevron,    Po Box 965015,
                Orlando, FL 32896-5015
32066119      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 02:13:17     Gecrb/Lowes,    Po Box 965005,
                Orlando, FL 32896-5005
32066121       E-mail/Text: cio.bncmail@irs.gov May 23 2017 02:05:23     Internal Revenue Service,
                PO Box 21126,    Philadelphia, PA 19114-0326
32671917       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 02:31:05
                Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    PO Box 41067,
                Norfolk VA 23541
32769529       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 02:31:05
                Portfolio Recovery Associates, LLC,    c/o Chevron And Texaco,    POB 41067,    Norfolk VA 23541
32709955       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 02:31:05
                Portfolio Recovery Associates, LLC,    c/o Exxonmobil,    POB 41067,    Norfolk VA 23541
32769543       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 02:13:26
                Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
32671845       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 02:31:05
                Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,    PO Box 41067,
                Norfolk VA 23541
32709952       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 02:31:05
                Portfolio Recovery Associates, LLC,    c/o Union Consumer,    POB 41067,    Norfolk VA 23541
32721900       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 02:13:38
                Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,    Norfolk VA 23541
32201994      +E-mail/Text: bncmail@w-legal.com May 23 2017 02:05:59     Target National Bank,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 19
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             JPMorgan Chase Bank, National Association
```
                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0973-2          User: wkaaumoan          Page 2 of 2          Date Rcvd: May 22, 2017
                              Form ID: van110          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
          Bill  Taylor    on behalf of Creditor    JPMORGAN CHASE BANK, NA ecfnotices@4stechnologies.com
          Christina J O   on behalf of Creditor    JPMorgan Chase Bank, National Association
           christinao@mclaw.org,  CACD_ECF@mclaw.org
          Lamont R Richardson    on behalf of Creditor    JPMORGAN CHASE BANK, NA
           lamont.r.richardson@chase.com
          Nancy K Curry (TR)    TrusteeECFMail@gmail.com
          Scott  Kosner   on behalf of Debtor Sonia Maria Rojas tyson@tysonfirm.com
          Tyson  Takeuchi   on behalf of Debtor Sonia Maria Rojas tyson@tysonfirm.com,
           albert@tysonfirm.com;armen@tysonfirm.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                          TOTAL: 7
```

(Form van110–dbcrtn/dbcrtni VAN–110)
Rev. 12/09

# United States Bankruptcy Court
# Central District of California

### 255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Sonia Maria Rojas

**BANKRUPTCY NO.**  2:12–bk–29718–WB
**CHAPTER**  13

**SSN:** xxx–xx–4170
**EIN:** N/A

10169 Alpaca St
South El Monte, CA 91733–3211

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above–captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14–days from the date of this notice:

1.    File a written objection to entry of discharge;

2.    Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and

3.    If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

BY THE COURT,

Dated: May 22, 2017

**Kathleen J. Campbell**
Clerk of the Court